17, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Mark Cohn* for appellant.

*Lewis E. Carr* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.

---

AMELIA S. CALLANAN, Respondent, *v.* MARGARET C. CLEMENT, as Executrix of PHEBE STEENBERGH, Deceased, Appellant.

*Callanan* v. *Clement,* 32 App. Div. 631, affirmed.
(Argued March 2, 1900; decided March 20, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered July 16, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Edgar T. Brackett* for appellant.

*James W. Verbeck* for respondent.

Judgment and order affirmed, with costs ; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.

---

THE BRADLEY & CURRIER COMPANY, LIMITED, Respondent, *v.* MAURICE T. WARD et al., Appellants.

*Bradley & Currier Co.* v. *Ward,* 15 App. Div. 386, affirmed.
(Argued March 2, 1900; decided March 20, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1897, overruling exceptions ordered to be heard in the

first instance by the Appellate Division, and ordering judgment in favor of plaintiff upon a verdict directed by the court.

*Henry K. Davis* for appellants.

*Austin E. Pressinger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Not voting: O'BRIEN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* THOMAS J. RAY, Respondent.

*People v. Ray*, 36 App. Div. 389, appeal dismissed.
(Argued March 14, 1900; decided March 20, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1899, reversing a judgment of the Orange County Court convicting the defendant of the crime of feloniously receiving stolen goods, and granting a new trial.

*A. H. F. Seeger* for appellant.

*Benjamin McClung* for respondent.

Appeal dismissed; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.

---

GEORGE W. BERGEN et al., Appellants, *v.* JOHN M. HITCHINGS, Respondent.

*Bergen v. Hitchings*, 22 App. Div. 395, appeal dismissed.
(Argued March 15, 1900; decided March 20, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made November 30, 1897, reversing a judgment in favor of plaintiffs entered upon the report of a referee, and granting a new trial.